IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PERCY EDWARD MOORE,

                                  ORDER

         Plaintiff,

                              06-cv-697-bbc

   v.

FEDERAL BUREAU OF INVESTIGATION,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff was allowed leave to proceed in forma pauperis on his claim under the Freedom of Information Act, 5 U.S.C. § 552 (a)(4)(B). After the defendant filed an answer, Magistrate Judge Crocker held a pretrial conference. On November 4, 2008, I denied plaintiff's request for preliminary injunctive relief because his allegations that the F.B.I. is brainwashing him and altering his consciousness are inherently incredible. Lee v. Clinton, 209 F. 3d 1025 (7th Cir. 2000).

      Now, plaintiff moves for reconsideration. In his motion, plaintiff asserts that although his allegations may seem incredible, they are "not beyond the scope of the government." He then cites to examples of cases concerning experiments conducted by the government on unwitting subjects. However, plaintiff's arguments are not persuasive. His

1

unsupported assertions that the F.B.I. has the ability and the desire to affect his thoughts is simply not enough to support a grant of preliminary injunctive relief.

In addition to seeking reconsideration of the decision to deny him preliminary injunctive relief, plaintiff continues to allege that he is not being treated fairly at the Rochester prison.  As I told plaintiff previously, he must raise these allegations by filing a separate lawsuit.

## ORDER

IT IS ORDERED that plaintiff's motion for reconsideration of the November 4, 2008 order denying his motion for preliminary injunctive relief, dkt. #33, is DENIED.

Entered this 14th day of November, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2