IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PERCY EDWARD MOORE,

    Plaintiff,

v.

FEDERAL BUREAU OF
INVESTIGATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-697-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Federal Bureau of Investigation granting defendant's motion for summary judgment and dismissing the case.

_____        5/15/09
Peter Oppeneer, Clerk of Court      Date